[No. 10670–1–II. Division Two. May 25, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT GOODE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00915–1, Thomas R. Sauriol, J., entered December 22, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10494–6–II. Division Two. May 25, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. LERON FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00952–5, E. Albert Morrison, J., entered November 10, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[Nos. 10379–6–II; 10593–4–II. Division Two. May 25, 1988.]

*In the Matter of the Estate of*
HAROLD F. OSBORNE, JR.

ILENE COWDEN, *Respondent*, v. CHARLENE BLACKWELL, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Grays Harbor County, No. 85–4–00220–6, Robert L. Charette and David E. Foscue, JJ., entered September 15 and December 5, 1986. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.